981 A.2d 1276

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN WESSELLS, DEFENDANT–MOVANT.

September 24, 2009.

ORDERED that the motion for leave to appeal is granted.